# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

SHARON SHEBESTA,

          Plaintiff,

    v.                                     Case No. 15-C-680

AMERIPRISE FINANCIAL SERVICES, INC., et al.,

          Defendants.

---

## ORDER

---

      Plaintiff filed a motion to amend the complaint to add a party as a defendant. The time for responding has now passed. Even so, the motion will be denied without prejudice. Civil Local Rule 15 requires that any amendment to a pleading must reproduce the entire pleading, as amended, and the proposed amended pleading must be filed as an attachment to the motion to amend. Civil L. R. 15(a)-(b). Upon a properly filed motion, the amendment will be granted summarily.

      For present purposes, however, the motion to amend is **DENIED** without prejudice.

      Dated this 19th day of October, 2015.


                                 /s William C. Griesbach
                                William C. Griesbach, Chief Judge
                                United States District Court