# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

SHARON SHEBESTA,

        Plaintiff,

   v.                                       Case No.  15-C-680

AMERIPRISE FINANCIAL SERVICES, INC., et al.

        Defendant.

---

## ORDER

---

      The motion to amend the complaint is **GRANTED**.  The clerk will detach the proposed amendment and docket it as the amended complaint.  An answer will be due within 20 days.

      **SO ORDERED** this 22nd day of October, 2015.


                                           _/s William .C. Griesbach_
                                      William C. Griesbach, Chief Judge
                                      United States District Court